FILED

12/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0386

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0386

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JAY STEVEN HUBBER,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including January 20, 2025, within which to prepare, serve, and file his opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2024